

**IN THE**
**TENTH COURT OF APPEALS**

———————

**No. 10-20-00222-CV**

**IN RE AMERICAN ACCESS CASUALTY COMPANY**

———————

**Original Proceeding**

———————

**From the County Court at Law**
**Walker County, Texas**
**Cause No. 13510CV**

**MEMORANDUM  OPINION**

Before the Court are Relator American Access Casualty Company's Petition for Writ of Mandamus, Relator's Motion for Temporary Relief, and Relator's Motion to Voluntarily Dismiss Petition for Writ of Mandamus.  We grant the motion to dismiss, deny Relator's motion for temporary relief as moot, and dismiss this original proceeding. *See* TEX. R. APP. P. 42.1(a).

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Neill, and
      Justice Johnson
Dismissed; motions granted and denied
Opinion delivered and filed May 5, 2021
[OT06]

